UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA ex rel.
DANA OHLMEYER,

**UNDER SEAL**

          Plaintiff,

ORDER

    -against-

Civil Action No.
CV-07-1517

NEW YORK CITY DEPARTMENT OF
EDUCATION,

          Defendant.
----------------------------------X

WHEREAS, the United States has provided the Court with its Notice of its decision to intervene and its Complaint in intervention in this action, which has been commenced by Dana Ohlmeyer (Relator), in accordance with the False Claims Act, 37 U.S.C. §§ 3730(b)(4)(A) and 3730(b)(2);

IT IS ORDERED THAT:

1. Relator's Complaint be unsealed, and served by Relator in accordance with the Federal Rules of Civil Procedure; and

2. All other contents of the Court's file in this action shall remain under seal and not be made public or served upon the defendant, except for this Order, the United States' Complaint and its Notice of Partial Intervention, which the United States shall serve upon the defendant after receipt of this Order; and

3. The seal be lifted as to all other matters occurring in this action after the date of this Order; and

4. The parties shall serve all pleadings *and* motions filed in this action including supporting memoranda, in accordance with 31 U.S.C. § 3730(c)(l) and (c)(3). The United States

may order any transcripts of depositions taken in this case.

5. All orders of this Court shall be sent to the United States.

6. In the event Relator or the defendant proposes that any part of this case be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

SO ORDERED THIS 19TH
DAY OF OCTOBER, 2012:

S/ Raymond J. Dearie
HONORABLE RAYMOND J. DEARIE
United States District Judge